UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROBERT TREPETA, *on behalf of himself and all other similarly situated individuals*, | : : : : |
| Plaintiffs, | : : Civil Action No: 3:19-cv-485 |
| v. | : : |
| CAPITAL ONE, NATIONAL ASSOCIATION | : : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

The Plaintiff, Robert Trepeta, and the Defendant, Capital One, N.A., hereby notify the Court that the parties have reached an agreement to settle the Plaintiff's claims as set forth in the Complaint. The parties are working to complete the settlement process, after which they will jointly ask the Court to dismiss this matter.

By  /s/
Matthew J. Erausquin VSB #65434
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Ste. 600
Alexandria, Virginia 22314
(703) 273-7770 - Telephone
(888) 892-3512 - Facsimile
Email: matt@clalegal.com

*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to all counsel of record.

              _____/s/_____
              Matthew J. Erausquin VSB #65434
              Consumer Litigation Associates, P.C.
              1800 Diagonal Road, Ste. 600
              Alexandria, Virginia 22314
              (703) 273-7770 - Telephone
              (888) 892-3512 - Facsimile
              Email: matt@clalegal.com

              *Counsel for the Plaintiff*