IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT TREPETA, on behalf of herself and
all individuals similarly situated,
                 Plaintiff,

v.                                   Civil Action No. 3:19-cv-485

CAPITAL ONE, NATIONAL ASSOCIATION,
                 Defendant.

## ORDER

On December 13, 2019, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dk. No. 31.) The Court acknowledges this voluntary dismissal with prejudice and DIRECTS the Clerk to close this case. The Court retains jurisdiction to enforce the settlement of this matter.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>13 December 2019</u>
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge